IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02148-BNB

STACIE B. GLAPION,

    Petitioner,

v.

STATE OF COLORADO,

    Respondent.

ORDER OF DISMISSAL

    Petitioner, Stacie B. Glapion, is detained at SFF Hazelton in Bruceton Mills, West Virginia.  She initiated this action by filing a "Motion for Nolle Presequi" on August 7, 2013, in which she appears to be challenging a detainer lodged by the State of Colorado.

    On August 12, 2013, Magistrate Judge Boyd N. Boland directed Ms. Glapion to cure certain enumerated deficiencies in this action within thirty days.  Specifically, Ms. Glapion was ordered to submit a Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action on the court-approved form, or, in the alternative, to pay the $5.00 filing fee.  Ms. Glapion was also instructed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court approved form.  Magistrate Judge Boland directed Ms. Glapion to obtain the court-approved forms, along with the applicable instructions, on this Court's website (with the assistance of her case manager or the facility's legal assistant), at www.cod.uscourts.gov.  Magistrate Judge Boland warned Ms. Glapion in the August 12

Order that failure to cure the designated deficiencies by the court-ordered deadline would result in dismissal of the action without further notice.

Ms. Glapion has failed to submit any documents in compliance with the August 12 Order and has not paid the $5.00 filing fee.  Furthermore, Ms. Glapion has not communicated with the Court since she initiated this action on August 7, 2013, to request copies of the court-approved forms or an extension of time to comply with the August 12 Order.  Accordingly, this action will be dismissed without prejudice.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Ms. Glapion files a notice of appeal she must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Petitioner, Stacie B. Glapion, to comply with the August 12, 2013 Order Directing Petitioner to Cure Deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  Ms. Glapion may file a motion in the Tenth Circuit.

DATED at Denver, Colorado, this   19th   day of   September  , 2013.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court